ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## CIVIL COMPLAINT

Case No. NEW **3-11CV2062-**
(The court will assign a number)

I. **CASE CAPTION:** Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):     Address(es):     Telephone No. (only if **you are NOT** a prisoner)

**Michael B Woolman**

4621 Prescott Ave.

Apt# 2112

Lincoln, NE 68506

B. Defendant(s) Name(s):     Address(es) If known:

Baylor Health Hospital & Bryan LGH, CO.

2001 Bryan St.

Dallas, TX

75201

(Attach extra sheets if necessary.)

Παγε 1 οφ 6

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A.  **When** did the events occur?

At, The Bryan LGH ,Hospital, Insursion of a Foren Device.

B.  **What** happened?

Now and for ,the day,Well ,I walked in to get tonsil surgery & Sinus surgery.

I was in ,"The Room after ,surgery& I needed ,to go to the bathroom .

I got up and a nurse assisted me to ,the bathroom.

I was going to the bathroom and ,I finished.

All a sudden ,My cloth started falling off, I tried to pull ,my cloths up and ,,

My arm pit was bloody, Well I thought nothing of it, at the time.

Well , I came in for a since & noise surgery,? Why is my arm pit bloody ???????

Now after ,knowing ,what Bryan LGH ,was doing   IS

Trying a new way to track people,

By inserting a GPS Device in people,   Illegally.

## II. STATEMENT OF CLAIM(S) (continued)

Now ,for the proactclaimatipon,

Now ,the concerning party is a true and a willing suggestions ,to be withhold and not as such.

For ,doing such as they did is not as to be legal at all.

For ,Taking my privacy rights ,away from me .

Is ,there a right for ,thow,'' wrong that they have done''.

Is a decimation is over that has been unfolded ,for not ,the county or government did follow as the law expected.

Now For ,The truth of what, is there an amnesty , in a governing law in this country.

That can we the people control ,the patriot ACT, or can a state demstrate ,what a dictatorship is ,

In a state of dermockcey.Now willing as this country pertects all of us and all the people.

Now and foretold as ,a country ,should act ,or it will it parish ,or can we , return and demonstrate,

Why we are America ,and why we half to stop this may ham ,or of what we have allowed.

Is ,This a claim ,yes ,

Foremost ,Why would ,or should act unsurtinstive or a unbelive to ,This Country ,,,,

Never should ,let a hospital do an unassertive way to demonstrate a way of patriotism.

Is ,Our Country under control or is it a mess.

Now seen, The and for this example or for ,what they have token from our Citizens of ,the U.S.A.

Why ,should the Hospital think they should do something so assertiveness ,or they think that

,they are true to ,a feeling of willingness of physic logical awareness or something ,that they

Can preach at, or bitch at. Is that a right ,or for what is a true, to a ,

Social democracy . The understanding for what they have done ,are not under stood., and should not be.

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____United States or a federal official or agency is a party

_____Claim arises under the Constitution, laws or treaties of the United States

\_\_X\_\_\_Violation of civil rights

_____Employment discrimination

_____Diversity of Citizenship (a matter between citizens of different states in which the amountin controversy exceeds $75,000)

_____Other basis for jurisdiction in federal court (explain below)

_____

_____

_____

_____

## IV.   STATEMENT OF VENUE

State briefly the connection between this case and Texas. For example, does a party reside or do business in Texas? Is a party incorporated in Texas? Did an injury occur in Texas? Did the claim arise in Texas?

That ware there business is. Yes ,Bryan LGH
Yes ,Bryan LGH
NO

NO

Nebraska

V.   **RELIEF**

State briefly what you want the court to do for you.

Pain and suffering and mental anguish ,for ,what that have put me through.

VI.   **EXHAUSTION OF ADMINISTRATIVE PROCEDURES**

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A.   Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes _____   No ___X___

B.   If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

C.   If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

Original Proceeding

VII.   ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE?  (check one):

JURY _____          JUDGE _____X_____

VIII.   VERIFICATION

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed:            Signature(s) of Plaintiff(s):

*CERTIFICATE OF SERVICE*

*ON THE DAY OF    AUGUST OF  2011, I certify this statement to be true and now fore going*

*This paperwork to be sent* by ,U.S. Postil Service& First Class Mail  To,

U.S. DISTRICT COURT ,FOR THE DISTRICT OF NORTHERN TEXAS.

Michael B Woolman      &Date  & Signature       Notary & Date & Signature

GENERAL NOTARY-State of Nebraska
CYNTHIA L. RENNER
My Comm. Exp. Jan. 14, 2012

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT=S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS.   Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**

**ORIGINAL**

JS-44 TX
(Rev. 2/11)

# CIVIL COVER SHEET

**RECEIVED**
AUG 18 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS

## I (a) PLAINTIFFS
Michael B Woolman

## DEFENDANTS
Balor Hospital, Bryan LGH, CO.
2001 Bryan ST., Dallas, TX, 75201

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Lancaster
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Michael B Woolman, 4621 Prescott Ave.
Apt# 2112, Lincoln, NE 68506

ATTORNEYS (IF KNOWN)

**3-11CV2062-M**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ● B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☒ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ● D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ● E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

○ **G. Habeas Corpus/ 2255**
- ☐ 530 Habeas Corpus-General
- ☐ 510 Motion/Vacate Sentence
- ☐ 463 Habeas Corpus - Alien Detainee

○ **H. Employment Discrimination**
- ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)

*(If pro se, select this deck)*

● **I. FOIA/PRIVACY ACT**
- ☐ 895 Freedom of Information Act
- ☒ 890 Other Statutory Actions (if Privacy Act)

*(If pro se, select this deck)*

○ **J. Student Loan**
- ☐ 152 Recovery of Defaulted Student Loans (excluding veterans)

○ **K. Labor/ERISA (non-employment)**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Labor Railway Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

● **L. Other Civil Rights (non-employment)**
- ☐ 441 Voting (if not Voting Rights Act)
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights
- ☐ 445 American w/Disabilities-Employment
- ☐ 446 Americans w/Disabilities-Other

○ **M. Contract**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholder's Suits
- ☐ 190 Other Contracts
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

○ **N. Three-Judge Court**
- ☐ 441 Civil Rights-Voting (if Voting Rights Act)

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
The hospital , Insertion Of A Foren Device

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☒   DEMAND $ Unlimited   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE 8/13/2011    SIGNATURE OF ATTORNEY OF RECORD  *Michael B. Weinman*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.





U.S. POSTAGE PAID
LINCOLN, NE
68506
AUG 05, 11
AMOUNT $2.48
0001431-08

75242

Michael Wooln
4621 Prescott A
Lincoln, NE 68...

U.S. COURT HOUSE FOR THE NORTHERN DISTRICT

CLERK:
1100 Commerce St.
Room # 1452
Dallas, TX
75242

AUG 1 8 2011

●-11CV2062-M