IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | 3:11-CV-2062-M (BK) |
| | § | |
| BAYLOR HEALTH HOSPITAL, et al.,<br>　　　Defendants.<br>　　　Respondent. | §<br>§<br>§ | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that the complaint is summarily **DISMISSED** with prejudice as frivolous, see 28 U.S.C. §§ 1915(e)(2)(B), and Plaintiff may not bring any further action of any kind without prior court approval.

The Clerk of the Court is **directed** to close this case.

SIGNED this 14th day of September, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS